People v Hunter (2022 NY Slip Op 05483)

People v Hunter

2022 NY Slip Op 05483

Decided on September 30, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 30, 2022

PRESENT: PERADOTTO, J.P., LINDLEY, CURRAN, AND WINSLOW, JJ. (Filed Sept. 30, 2022.) 

MOTION NO. (87/22) KA 16-00386.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JERROD L. HUNTER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER Motion for reargument dismissed as untimely.